# Alan B. Pearl & Associates, P.C.

## Counselors at Law
### 6800 Jericho Turnpike – Suite 218E
### Syosset, New York 11791

ALAN B. PEARL
Member New York & Florida
Bars
―――
JOHN K. DIVINEY
Member New York Bar

(516) 921-6645
*FAX (516) 921-6774
*E-MAIL: INFO@PEARL-LAW.COM
WEBSITE: WWW.PEARLLAW.NET

(*Not for service of papers)

NANCY M. HARK
Member New York & Connecticut
Bars
SIMA A. ALI
Member New York Bar
GINA M. IANNE
Member New York Bar

April 6, 2006

**Via Electronic Case Filing**
Magistrate Judge James C. Francis IV
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Lynore Reiseck v. Universal Communications of Miami, Inc., et. Al*
           Case No. 1:06-cv-00777-TPG

Dear Judge Francis:

    We represent Plaintiff Lynore Reiseck in the above-referenced matter. This action was removed to federal court from Supreme Court, New York County, on February 1, 2006.

    To date, we have not received an Order setting an Initial Conference. We respectfully request that this matter be placed on the Court's calendar at the earliest date available.

    Thank you for your courtesy.

                                    Respectfully submitted,

                                    /s/

                                  Nancy M. Hark

NMH:jsk